# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-2034-REB-PAC

SAMMY LEE PARKER,

    Applicant,

v.

H.A. RIOS, Warden,

    Respondent.

## MINUTE ORDER

    The court is in receipt of applicant's request to file his objections to the magistrate recommendation late, filed June 20, 2005. Said request is GRANTED and the tendered objection is accepted for filing.

Dated: June 21, 2005
-----------------------------------------------------------------------------------------------------------------