IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  04-cv-02034-REB-PAC

SAMMY LEE PARKER,
    Applicant,

v.

H.A. RIOS, JR., Warden,
    Respondent.

ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#19], filed March 31, 2005.  The Magistrate Judge recommends that the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [# 2], filed October 1, 2004, be denied. The applicant filed **Applicant's Objections to Magistrate Judge's Recommendations** [#24] on June 20, 2005. I overrule the objections and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  Additionally, because the applicant is proceeding *pro se*, I have construed his pleadings more liberally and have held them to a less stringent standard than formal pleadings drafted by lawyers.  See **Haines v. Kerner**, 104 U.S. 519, 520-21 (1072), **Hall v.**

*Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). I find applicant's objections to be imponderous and without merit. Contrastingly, the recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#19], filed March 31, 2005, is **APPROVED AND ADOPTED** as an order of this court;

2. That accordingly, the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [# 2], filed October 1, 2004, **IS DENIED**; and

3. That this action **IS DISMISSED** consistent with the recommendation of the Magistrate Judge.

Dated July 14, 2005, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**