## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-cv-02034-REB-PAC

SAMMY LEE PARKER,

    Applicant,

v.

H.A. RIOS, Warden,

    Respondent.

---

### MINUTE ORDER[1]

---

    Applicant's Motion for Court to Send Applicant the Final Ruling in Regard to the Above Captioned Matter and to Allow Applicant Time to Appeal the Decision in the Event an Appeal is Applicable [#29], filed January 13, 2006, is GRANTED in part. The clerk of the court is directed to mail to the applicant Docket #27, the Order Adopting Recommendation of United States Magistrate Judge, filed July 14, 2005. The court notes that this order was mailed to the applicant and was returned as undeliverable. **See** docket #28, filed July 27, 2005.

    With respect to the request for an extension of time to file an appeal, if an appeal is applicable. This court no longer has jurisdiction in this matter. If the applicant wishes to file an appeal and needs time to do so, the extension of time must be filed with the appropriate court.

Dated: January 18, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.